UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MONAE REID | : | NO.: 3:22-cv-00299 |
| v. | : | |
| JANIOL SORIANO PAREDES AND | : | |
| PGT TRUCKING, INC. | : | FEBRUARY 25, 2022 |

<u>**NOTICE OF REMOVAL**</u>

To the United States District Court for the District of Connecticut:

Pursuant to 28 U.S.C. §§ 1441 and 1446, the defendants, Janiol Soriano Paredes and PGT Trucking, Inc., hereby give notice that they have removed this action from the Superior Court of Connecticut, Judicial District of New Haven for the following reasons:

1.      The plaintiff commenced the instant action against the undersigned defendants, Janiol Soriano Paredes and PGT Trucking, Inc., by service of a Summons and Complaint dated January 18, 2022.  The plaintiff served a copy of the Summons and Complaint upon the defendant, PGT Trucking, Inc, through its Agent for Service, Registered Agent Solutions, Inc., 2138 Silas Deane Highway, Rocky Hill, CT 06067. The defendant, PGT Trucking, Inc., received a copy of the Summons and Complaint on January 27, 2021.  Date of service on Janiol Soriano-Paredes is unknown.

2.      The action is returnable in the Superior Court for the Judicial District of New Haven on March 15, 2022.

3.      The above-described action is a civil action and is one which may be removed to the Court by the defendant pursuant to the provisions of Title 28, United

States Code §§1441 and 1332, in that the complaint asserts a motor vehicle action brought by a Connecticut resident, claiming serious, painful and permanent personal injuries arising out of a motor vehicle accident that occurred at the northerly direction on in the center travel lane of Interstate 691 in Meriden, Connecticut, has been brought against the defendant Janiol Soriano Paredes, a Maryland citizen, and defendant, PGT Trucking, Inc., a Pennsylvania citizen,  More specifically, the plaintiff claims cervical disc injuries; thoracic spine injury; headaches; right wrist injury; radiculopathy; and associated pain and suffering.  The plaintiff claims that as a result of this accident he suffers and continues to suffer mental anguish, frustration and anxiety over the fact that he remains injured from this accident.  According to the plaintiff's complaint some or all of these injuries may be permanent.

4.       Therefore, this action involves a controversy wholly between citizens of different states.  There is complete diversity of citizenship.

5.       Attached hereto, in compliance with 28 U.S.C. §1446(a), are complete and accurate copies of the process and pleadings received by the defendant, PGT Trucking, Inc.

6.       The defendants, Janiol Soriano Paredes and PGT Trucking, Inc., deny the plaintiff's material allegations.

7.       Accordingly, this Court has original jurisdiction of this action under 28 U.S.C. § 1332 and supplemental jurisdiction pursuant to 28 U.S.C. §1367.  The action may be removed to this Court pursuant to 28 U.S.C. §§1441, 1332, and 1446 as the defendants are not citizens of Connecticut.

2

DEFENDANTS,
JANIOL SORIANO PAREDES AND PGT
TRUCKING, INC.


By*/s/ Bryan J. Haas*
   Christopher M. Vossler (ct00373)
   Bryan J. Haas (ct27710)
   Howd & Ludorf, LLC
   65 Wethersfield Avenue
   Hartford, CT  06114-1121
   (860) 249-1361
   (860) 249-7665 (Fax)
   cvossler@hl-law.com
   bhaas@hl-law.com

## CERTIFICATION

This is to certify that on February 25, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

R.J. Weber, Esquire
Weber & Rubano, LLC
401 Center Street
Wallingford, CT 06492

*/s/ Bryan J. Haas*
Bryan J. Haas

**SUMMONS - CIVIL**
JD-CV-1   Rev. 1-20
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

| For Information on ADA accommodations, contact a court clerk or go to: www.jud.ct.gov/ADA. |
|---|

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov



**Instructions are on page 2.**

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.

☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.

☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**
By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk (Number, street, town and zip code) | Telephone number of clerk | Return Date (Must be a Tuesday) |
|---|---|---|
| 235 Church Street, New Haven, CT 06510 | ( 203 ) 503 – 6800 | 03/15/2022 |

| ☒ Judicial District | ☐ G.A. | At (City/Town) | Case type code (See list on page 2) |
|---|---|---|---|
| ☐ Housing Session | Number: | New Haven | Major: V      Minor: 01 |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (if attorney or law firm) |
|---|---|
| Weber & Rubano LLC 401 Center Street, Wallingford, CT 06492 | 432211 |

| Telephone number | Signature of plaintiff (if self-represented) |
|---|---|
| ( 203 ) 626 –9172 | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. ☒ Yes ☐ No | E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book (if agreed) rjweber@rjwlawyer.com |
|---|---|

| Parties | Name (Last, First, Middle Initial) and address of each party (Number; street; P.O. Box; town; state; zip; country, if not USA) | |
|---|---|---|
| **First plaintiff** | Name: Reid, Monae Address: 229 Edgewood Avenue, New Haven, CT 06511 | P-01 |
| **Additional plaintiff** | Name: Address: | P-02 |
| **First defendant** | Name: Paredes, Janiol Soriano Address: 7401 New Hampshire AVE #1014, Takoma Park, MD 20912 | D-01 |
| **Additional defendant** | Name: PGT Trucking, Inc., 4200 Industrial BLVD. Aliquippa, PA 15001 Address: c/o Registered Agent Solutions, Inc., 2138 Silas Deane HWY, Rocky Hill, CT 06067 | D-02 |
| **Additional defendant** | Name: Address: | D-03 |
| **Additional defendant** | Name: Address: | D-04 |

| Total number of plaintiffs: 1 | Total number of defendants: 2 | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

**Notice to each defendant**

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
   **The court staff is not allowed to give advice on legal matters.**

| Date | Signed (Sign and select proper box) | ☒ Commissioner of Superior Court | Name of person signing |
|---|---|---|---|
| 01/18/2022 | | ☐ Clerk | R.J. Weber, III |

| If this summons is signed by a Clerk: | For Court Use Only |
|---|---|
| a. The signing has been done so that the plaintiff(s) will not be denied access to the courts. | File Date |
| b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law. | A TRUE COPY ATTEST |
| c. The court staff is not permitted to give any legal advice in connection with any lawsuit. | |
| d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint. | ROBERT S. MILLER State Marshal / An Indifferent Person |

| I certify I have read and understand the above: | Signed (Self-represented plaintiff) | Date |
|---|---|---|

## Instructions

1. Type or print legibly. If you are a self-represented party, this summons must be signed by a clerk of the court.
2. If there is more than one defendant, make a copy of the summons for each additional defendant. Each defendant must receive a copy of this summons. Each copy of the summons must show who signed the summons and when it was signed. If there are more than two plaintiffs or more than four defendants, complete the Civil Summons Continuation of Parties (form JD-CV-2) and attach it to the original and all copies of the summons.
3. Attach the summons to the complaint, and attach a copy of the summons to each copy of the complaint. Include a copy of the Civil Summons Continuation of Parties form, if applicable.
4. After service has been made by a proper officer, file the original papers and the officer's return of service with the clerk of the court.
5. Use this summons for the case type codes shown below.

   Do not use this summons for the following actions:

   (a) Family matters (for example divorce, child support, custody, paternity, and visitation matters)
   (b) Any actions or proceedings in which an attachment, garnishment or replevy is sought
   (c) Applications for change of name
   (d) Probate appeals

   (e) Administrative appeals
   (f) Proceedings pertaining to arbitration
   (g) Summary Process (Eviction) actions
   (h) Entry and Detainer proceedings
   (i) Housing Code Enforcement actions

## Case Type Codes

| MAJOR DESCRIPTION | CODE Major/ Minor | MINOR DESCRIPTION |
|---|---|---|
| Contracts | C 00 | Construction - All other |
| | C 10 | Construction - State and Local |
| | C 20 | Insurance Policy |
| | C 30 | Specific Performance |
| | C 40 | Collections |
| | C 50 | Uninsured/Underinsured Motorist Coverage |
| | C 90 | All other |
| Eminent Domain | E 00 | State Highway Condemnation |
| | E 10 | Redevelopment Condemnation |
| | E 20 | Other State or Municipal Agencies |
| | E 30 | Public Utilities & Gas Transmission Companies |
| | E 90 | All other |
| Housing | H 10 | Housing - Return of Security Deposit |
| | H 12 | Housing - Rent and/or Damages |
| | H 40 | Housing - Housing - Audita Querela/Injunction |
| | H 50 | Housing - Administrative Appeal |
| | H 60 | Housing - Municipal Enforcement |
| | H 90 | Housing - All Other |
| Miscellaneous | M 00 | Injunction |
| | M 10 | Receivership |
| | M 15 | Receivership for Abandoned/Blighted Property |
| | M 20 | Mandamus |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) |
| | M 40 | Arbitration |
| | M 50 | Declaratory Judgment |
| | M 63 | Bar Discipline |
| | M 66 | Department of Labor Unemployment Compensation Enforcement |
| | M 68 | Bar Discipline - Inactive Status |
| | M 70 | Municipal Ordinance and Regulation Enforcement |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 |
| | M 83 | Small Claims Transfer to Regular Docket |
| | M 84 | Foreign Protective Order |
| | M 89 | CHRO Action in the Public Interest - P.A. 19-93 |
| | M 90 | All other |

| MAJOR DESCRIPTION | CODE Major/ Minor | MINOR DESCRIPTION |
|---|---|---|
| Property | P 00 | Foreclosure |
| | P 10 | Partition |
| | P 20 | Quiet Title/Discharge of Mortgage or Lien |
| | P 30 | Asset Forfeiture |
| | P 90 | All other |
| Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
| | T 03 | Defective Premises - Private - Other |
| | T 11 | Defective Premises - Public - Snow or Ice |
| | T 12 | Defective Premises - Public - Other |
| | T 20 | Products Liability - Other than Vehicular |
| | T 28 | Malpractice - Medical |
| | T 29 | Malpractice - Legal |
| | T 30 | Malpractice - All other |
| | T 40 | Assault and Battery |
| | T 50 | Defamation |
| | T 61 | Animals - Dog |
| | T 69 | Animals - Other |
| | T 70 | False Arrest |
| | T 71 | Fire Damage |
| | T 90 | All other |
| Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | V 05 | Motor Vehicles* - Property Damage only |
| | V 06 | Motor Vehicles* - Products Liability Including Warranty |
| | V 09 | Motor Vehicle* - All other |
| | V 10 | Boats |
| | V 20 | Airplanes |
| | V 30 | Railroads |
| | V 40 | Snowmobiles |
| | V 90 | All other<br>*Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| Wills, Estates and Trusts | W 10 | Construction of Wills and Trusts |
| | W 90 | All other |

RETURN DATE: MARCH 15, 2022      :      SUPERIOR COURT

MONAE REID      :      J.D. OF NEW HAVEN

V.      :      AT NEW HAVEN

JANIOL SORIANO PAREDES, ET AL.      :      JANUARY 18, 2022

<u>**COMPLAINT**</u>

<u>**COUNT ONE**</u>**: Negligence v. Janiol Soriano Paredes**

1. On or about February 7, 2020 at approximately 9:20 a.m., the plaintiff, Monae Reid was operating a motor vehicle in a northerly direction in the far left travel lane on Interstate 691 in Meriden, Connecticut.

2. At the same time and place, defendant Janiol Soriano Paredes was operating a tractor-trailer, owned by defendant PGT Trucking, Inc., in a northerly direction in the center travel lane on Interstate 691 in Meriden, Connecticut.

3. At all times mentioned herein, defendant Janiol Soriano Paredes was operating his motor vehicle within the scope and course of his employment with defendant PGT Trucking, Inc.

4. At the same time and place, suddenly and without warning, defendant Janiol Soriano Paredes merged into the plaintiff's lane of travel, thereby causing a collision between the two vehicles.

5. The aforementioned collision was caused by the negligence of the defendant, Janiol Soriano Paredes, in one or more of the following ways:

    a. In that he failed to keep his automobile under reasonable and proper control;

    b. In that he failed to maintain a proper look out for other vehicles or conditions on the roadway or to pay attention to where he was heading;

c.  In that he failed to apply his brakes in time or in a sufficient fashion so as to avoid the collision;

d.  In that he failed to sound his horn or to make any attempt whatsoever to give the Plaintiff a timely warning of the impending collision;

e.  In that he failed to turn his vehicle in order to avoid the collision;

f.  In that he failed to otherwise use proper precautions or measures to avoid the collision;

g.  In that he failed to remain awake and alert during his operation of said vehicle;

h.  In that he operated his motor vehicle at a rate of speed greater than what was reasonable in light of the width, traffic and use of the highway in violation of the common law;

i.  In that he operated his motor vehicle at a rate of speed greater than what was reasonable in light of the width, traffic and use of the highway in violation of Connecticut General Statute Section 14-218a;

j.  In that he failed to operate his motor vehicle as nearly as practicable entirely within a single lane of travel and moved her vehicle from such lane when such movement could not be made with safety in violation of the common law; and/or

k.  In that he failed to operate his motor vehicle as nearly as practicable entirely within a single lane of travel and moved her vehicle from such lane when such movement could not be made with safety in violation of Connecticut General Statutes Section 14-236.

6.  As a direct and proximate result of defendant Janiol Soriano Paredes' negligence, the Plaintiff did suffer injuries and damages some or all of which may be permanent in nature including:

a.  Cervical spine injury;

b.  Thoracic spine injury;

c.  Headaches;

d.  Right wrist injury;

e.  Radiculopathy;

     f.   Associated physical pain and suffering.

7. As a direct and proximate result of the aforesaid negligence of defendant Janiol Soriano Parede, the Plaintiff, has suffered and continues to suffer mental anguish, frustration and anxiety over the fact that she was and remains injured.

8. As a direct and proximate result of the aforesaid negligence of defendant Janiol Soriano Paredes, the Plaintiff has been forced to expend sums of money for medical care and treatment, medications and therapy and may be forced to incur additional sums in the future.

9. As a further result of the negligence of defendant Janiol Soriano Paredes, the Plaintiff has been limited in her ability to enjoy and engage in all of life's activities as she had prior thereto and may be so limited in the future.

**COUNT TWO: Vicarious Liability v. PGT Trucking, Inc.**

1-9. Paragraphs One through Nine of Count One are hereby made and incorporated as paragraphs One though Nine of Count Two as if more fully set forth herein.

10. The defendant, PGT Trucking, Inc., is vicariously liable for the negligence of Janiol Soriano Parede pursuant to Connecticut General Statutes §52-182 and/or §52-183.

WHEREFORE, the plaintiff claims:

1. Compensatory damages;

2. Such other relief the court deems appropriate.

THE PLAINTIFF,

By: R.J. WEBER, III, ESQ.
**Weber & Rubano, LLC**
401 Center Street
Wallingford, CT 06492
Phone: (203) 626-9172
Fax: (203) 626-9175
Juris No.: 432211

RETURN DATE: MARCH 15, 2022                :        SUPERIOR COURT

MONAE REID                                 :        J.D. OF NEW HAVEN

V.                                         :        AT NEW HAVEN

JANIOL SORIANO PAREDES, ET AL.             :        JANUARY 18, 2022

## STATEMENT OF AMOUNT IN DEMAND

The plaintiff claims money damages in excess of $15,000.00.


THE PLAINTIFF,


By:  _____
        R.J. WEBER, III, ESQ.
        **Weber & Rubano, LLC**
        401 Center Street
        Wallingford, CT 06492
        Phone: (203) 626-9172
        Fax: (203) 626-9175
        Juris No.: 432211

**RASi** REGISTERED AGENT
S O L U T I O N S   I N C

**Registered Agent Solutions, Inc.**
*Corporate Mailing Address*
1701 Directors Blvd.
Suite 300
Austin, TX 78744

Phone: (888) 705-RASi (7274)

# SERVICE OF PROCESS RECEIPT

2022-01-27

Luis Guzman
**PGT Trucking, Inc.**
4200 Industrial Blvd.
Aliquippa, PA 15001 USA

**NOTICE OF CONFIDENTIALITY**
This notice and the information it contains are
intended to be a confidential communication only to
the individual and/or entity to whom it is addressed.
If you have received this notice in error, immediately
call our SOP Department at (888) 705-7274.

**RE:   PGT Trucking, Inc.**

This receipt is to inform you that Registered Agent Solutions, Inc. has received a Service of Process on behalf of the above-referenced entity as your registered agent and is hereby forwarding the attached document(s) for your immediate review.  A summary of the service is shown below; however, it is important that you review the attached document(s) in their entirety for complete and detailed information.
For additional information and instruction, contact the document issuer:  WEBER & RUBANO, LLC

**SERVICE INFORMATION**

| | |
|---|---|
| Service Date: | 2022-01-27 |
| Service Time: | 11:15 AM EST |
| Service Method: | Process Server |

**RASi REFERENCE INFORMATION**

| | |
|---|---|
| Service No.: | 0199736 |
| RASi Office: | Connecticut |
| Rec. Int. Id.: | EMR |

**CASE INFORMATION**

| | |
|---|---|
| Case Number: | N/A |
| File Date: | 01/18/2022 |
| Jurisdiction: | SUPERIOR COURT, JUDICIAL DISTRICT OF NEW HAVEN, CONNECTICUT |
| Case Title: | MONAE REID V. JANIOL SORIANO PAREDES, ET AL. |

**ANSWER / APPEARANCE INFORMATION**

03/15/2022                    *(Be sure to review the document(s) for any required response dates)*

**AGENCY / PLAINTIFF INFORMATION**

| | |
|---|---|
| Firm/Issuing Agent: | WEBER & RUBANO, LLC |
| Attorney/Contact: | R.J. WEBER |
| Location: | Connecticut |
| Telephone No.: | 203-626-9172 |

**DOCUMENT(S) RECEIVED & ATTACHED**

Complaint
Summons
Demand: STATEMENT OF AMOUNT

**ADDITIONAL NOTES**

**Questions or Comments...** Should you have any questions or need additional assistance, please contact the SOP Department at (888) 705-7274.

You have been notified of this Service of Process by Insta-SOP Delivery, a secure email transmission.  The transmitted documents have also been uploaded to your Corpliance account.  RASi
offers additional methods of notification including Telephone Notification and FedEx Delivery.  If you would like to update your account's notification preferences, please log into your Corpliance
account at www.rasi.com.

*Thank you for your continued business!*